```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

UNITED STATES OF AMERICA

v.                    NO. 4:10CR00090 SWW

JAMES BRUCE MORRIS and
KAREN SUE MORRIS

## ORDER

The Court has determined that the defendants pose a low risk of substance abuse,

IT IS THEREFORE ORDERED that Page 3 of the Judgment & Commitments [doc #92 & #93] entered March 2, 2012, in the above matter hereby are amended to indicate the drug testing condition is suspended.

IT IS SO ORDERED this 8th day of March 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE